IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

NATIONWIDE MUTUAL INSURANCE COMPANY,
ET AL.,

        Plaintiffs,

v.                                            Civil Action No. 4:10cv69

THE OVERLOOK, LLC, ET AL.

        Defendants.

## ORDER

This matter came before the Court on October 25, 2010, pursuant to a request from all counsel for a telephonic hearing on the Defendants' Motions to Stay and Plaintiff's Motion to File Separate Summary Judgment Motions. After hearing argument of counsel, Defendant Overlook's Motion to Stay Discovery Pending Summary Judgment Motion Practice is GRANTED. Discovery as to all parties in the case is stayed pending resolution of the "Pollution Exclusion" issue. Defendant Edmond's Motions to Stay Pending Transfer to MDL 2047 is DENIED. Plaintiff's Motion to File Separate Summary Judgment Motions is GRANTED.

It is further ORDERED that the trial date in this case be continued to **June 28, 2011, at 10:00 a.m.**, in Newport News. Jury Instructions shall be received by the Clerk on or before **June 21, 2011**. A final pretrial conference shall be conducted on **June 14, 2011, at 2:00 p.m.**, in Norfolk. A proposed draft of the final pretrial order shall be distributed to all counsel on or before **June 10, 2011**.

An attorneys' conference is scheduled on **June 3, 2011, at 10:00 a.m.**

Bearing in mind that these rulings were initially made during what the Court believed to be a telephonic status conference, if the Parties do not believe this Order accurately reflects the decisions announced in that conference, please advise the Court of such issues.

It is so **ORDERED**.

/s/ MSD
Mark S. Davis
United States District Judge

Date: ~~October~~ November 1, 2010